# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JOSHUA R. JOHNSON,

        Petitioner,    :    Case No. 2:19-cv-3492

- vs -    District Judge Michael H. Watson
    Magistrate Judge Michael R. Merz

NORM ROBINSON, Warden,
  London Correctional Institution,

                    :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from Chief Magistrate Judge Elizabeth Preston Deavers to Magistrate Judge Michael R. Merz.

April 21, 2020.

                                s/ *Michael R. Merz*
                                United States Magistrate Judge