UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Joshua R. Johnson,**

    **Petitioner,**

    v.                                     **Case No. 2:19–cv–3492**

**Norm Robinson, Warden,**             **Judge Michael H. Watson**
**London Correctional Institution,**

                                           **Magistrate Judge Merz**

    **Respondent.**

## OPINION AND ORDER

The Court has reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Michael R. Merz, ECF No. 11, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed[1] thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said R&R.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** with prejudice. Petitioner is **DENIED** a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

                                                     _/s/ Michael H. Watson_
                                                     **MICHAEL H. WATSON, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**

---

[1] The docket reflects that the court mailings were returned as undeliverable; however, it is Petitioner's duty to update his address.